**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMY BORDEAUX,

                Plaintiff,                20 **CIVIL** 1347 (LJL)

      -against-                     **JUDGMENT**

HALSTEAD PROPERTY DEVELOPMENT
MARKETING LLC,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 16, 2022, Defendant's motion for summary judgment is GRANTED with respect to the federal claims. The Court declines to exercise supplemental jurisdiction over the claims under state and local law and dismisses those claims without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         February 16, 2022

                                                   RUBY J. KRAJICK
                                                   Clerk of Court
                                  **BY:**
                                                     Deputy Clerk