UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMY BORDEAUX,

                      Plaintiff,
    -against-

HALSTEAD PROPERTY DEVELOPMENT
MARKETING LLC,

                      Defendant.
-----------------------------------------------------------X

20 **CIVIL** 1347 (LJL)

**JUDGMENT FOR COSTS**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 16, 2022, the motion is DENIED, and costs of $1,683 are awarded pursuant to Federal Rule of Civil Procedure 54(d)(1).

**Dated:** New York, New York

        March 16, 2022

                                                      RUBY J. KRAJICK

                                                        Clerk of Court
                        BY:

                                                        Deputy Clerk